

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, April 30, 2015

No. 04-15-00239-CR

The **STATE** of Texas,
Appellant

v.

Victoria Mari **VELASQUEZ**,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 478295
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

This is an appeal by the State of the trial court's order granting a motion to suppress. The State has filed a motion requesting this court to abate the appeal and remand the cause to the trial court for the entry of findings of fact and conclusions of law in accordance with *State v. Cullen*, 195 S.W.3d 696 (Tex. Crim. App. 2006). The motion is GRANTED. This appeal is abated, and the cause is remanded to the trial court. The trial court is instructed to cause a supplemental clerk's record to be filed in this court containing the trial court's written findings of fact and conclusions of law no later than thirty days from the date of this order. The stay imposed by this court on April 23, 2015, pursuant to article 44.01(e) of the Texas Code of Criminal Procedure, is lifted to the extent necessary to allow the trial court to comply with this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court